UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:19-CR-94-TAV-DCP-1 |
| GARY WAYNE SUMNER | ) ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), the undersigned conducted a change of plea hearing in this case on November 7, 2019. Assistant United States Attorney LaToyia Carpenter appeared on behalf of the Government. Attorney Mike Whalen represented Defendant Gary Wayne Sumner who was also present. At the hearing, Defendant entered a plea of guilty to Count One of the Indictment [Doc. 1], in exchange for the commitments made by the Government in the written plea agreement [Docs. 14 & 16]. On the basis of the record made at the hearing, the undersigned finds the Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, the undersigned **RECOMMENDS** that Defendant's guilty plea to Count One of the Indictment be granted and accepted by the District Judge and that the District Judge adjudicate Defendant guilty of the charge set forth in the Indictment. The undersigned further **RECOMMENDS** and the Defendant did not object, that Defendant remain in custody until

sentencing in this matter. Adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.

Respectfully submitted,

　　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge